# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-CV-20371-GAYLES

JONATHAN MULLANE,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, et al.,

    Defendants.

_____/

## ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

**DONE AND ORDERED** in Chambers at Miami, Florida this 4th day of February, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE