United States District Court
for the
Southern District of Florida

Jonathan Mullane, Plaintiff,   )
                               )
v.                             )
                               )  Civil Action No. 22-20371-Civ-Scola
United States Department of Justice )
and United States Securities and )
Exchange Commission, Defendants. )

### Order of Recusal

In accordance with 28 U.S.C. § 455, I must disqualify myself from this case. Consistent with this Court's Internal Operating Procedure Number 2.16.00, this matter is **referred** to the Clerk of the Court for permanent reassignment to another Judge.

**Done and ordered** in chambers, at Miami, Florida, on February 8, 2022.

_____
Robert N. Scola, Jr.
United States District Judge

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States District Judge __Kathleen M. Williams__.

All documents for filing in this case shall carry the following case number and designation: 22-20371-Civ- __WILLIAMS/MCALILEY__

By Order of Court this __8th__ day of February 2022.

**Angela Noble**
Court Administrator/Clerk of Court

By: __J. Conway__
Deputy Clerk