UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-20371-CIV-WILLIAMS

JONATHAN MULLANE,

      Plaintiff,

vs.

UNITED STATES DEPARTMENT OF JUSTICE
and UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Defendants.
_____/

## ORDER RECUSING JUDGE AND REASSIGNING CASE

The undersigned District Judge, to whom the above-styled case has been assigned, recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 15th day of February, 2022.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge  DONALD L. GRAHAM**  .

All documents for filing in this case shall carry the following case number and designation: **22-20371-CIV-GRAHAM/MCALILEY**

By Order of Court this 15th day of February, 2022.



**ANGELA E. NOBLE**
Court Administrator/Clerk of Court

By: _____
    J. Conway
    Deputy Clerk