```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
              Case No. 22-20371-CIV-GRAHAM
```

JONATHAN MULLANCE,

    Plaintiff,

vs.

UNITED STATES DEPARTMENT OF JUSTICE
and UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Defendants.
_____/

## ORDER OF RECUSAL

**THIS CAUSE** came before the Court sua sponte. This Court has been assigned the above-captioned matter in the ordinary court of random assignments of cases.

**PURSUANT** to Title 28 U.S.C. §371, on December 15, 2013, the undersigned retired from regular active service and undertook senior status. As Title 28 U.S.C. §294(b) allows a sitting senior judge to perform such duties as he is willing and able to undertake, the undersigned refers this case back to the Clerk of Court for reassignment to another judge in accordance with the blind assignment system to the calendar of an active judge. It is further

**ORDERED AND ADJUDGED** that the Magistrate Judge shall be reassigned in accordance with the current Magistrate Judge Pairing Assignment Plan.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of February, 2022.

```
                              s/Donald L. Graham
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE
```

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States District Judge __Jose E. Martinez__ and Magistrate Judge __Jacqueline Becerra__.

Copies of this order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation: __22-cv-20371-Martinez/Becerra__.

BY ORDER of the Court this __17th__ day of __February__, 2022.

```
                              ANGELA E. NOBLE
                              CLERK OF COURT


                          By: /s/Valerie Kemp
                              Deputy Clerk
```

cc:  All Counsel of Record