UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-20371-CIV-MARTINEZ**

JONATHAN MULLANE,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE
and UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Defendants.
_____/

**ORDER OF RECUSAL**

The undersigned Judge, to whom the cause was assigned, hereby recuses himself and refers this matter to the Clerk of Court for permanent reassignment pursuant to 28 U.S.C. § 455.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of February, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record