UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-CV-20371-RKA

JONATHAN MULLANE,

    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF JUSTICE, *et al.*,

    Defendants.

Hon. Roy K. Altman, D.J., presiding

FILED BY *PG* D.C.
FEB 28 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## **PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT**

TO THE CLERK OF THE HONORABLE COURT:

Pursuant to Fed. R. Civ. P. 55(a)[1], Plaintiff Jonathan Mullane ("Plaintiff") in the above-entitled cause hereby makes application to the Clerk for entry of default against Defendants United States Department of Justice and United States Securities and Exchange Commission (collectively, "Defendants") for failure of said Defendants to timely plead or otherwise defend in this matter **on or before February 25, 2022**.

Said failure of Defendants to timely plead or otherwise defend is set forth in the affidavit contemporaneously filed herewith. See Fed. R. Civ. P. 55(a).

---

[1] The said Rule provides that, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default." Fed. R. Civ. P. 55(a).

| | |
|---|---|
| At Cambridge, Massachusetts,<br>This 26th Day of January, 2022. | Respectfully submitted,<br><br>/s/ Jonathan Mullane<br>JONATHAN MULLANE<br>6 Bennett Street<br>Cambridge, MA 02138<br>Tel.: (617) 800-6925<br>j.mullane@icloud.com |

## CERTIFICATE OF SERVICE

I, JONATHAN MULLANE, hereby certify that on February 26, 2022, I served a true copy of the foregoing filing via first-class mail, postage duly paid thereon, on Defendants' counsel of record and specifically addressed as follows:

Paul Cirino, Esq.
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel.: (202) 514-1542
paul.cirino@usdoj.gov

| | |
|---|---|
| DATED: February 26, 2022 | /s/ Jonathan Mullane<br>JONATHAN MULLANE |







ORIGIN ID:DUTA   (617) 661-9000
JONATHAN MULLANE

30 DONNELL STREET

CAMBRIDGE, MA 02138
UNITED STATES US

SHIP DATE: 26FEB22
ACTWGT: 0.20 LB
CAD: 6990622/SSF02220

BILL THIRD PARTY

TO **CLERK OF COURT**
**U.S DISTRICT COURT**
**400 NORTH MIAMI AVENUE**
**8TH FLOOR**
**MIAMI FL 33128**
(000) 000-0000   REF:
INV:
PO:                        DEPT:

**FedEx Express**

E

TRK# 2702 6895 5726
0201

MON – 28 FEB 10:30A
PRIORITY OVERNIGHT

**XG MPBA**

33128
FL-US   MIA

