UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Docket No. 1:22-CV-20371-RKA

JONATHAN MULLANE,

        Plaintiff,

v.

UNITED STATES DEPARTMENT
OF JUSTICE, *et al.*,

        Defendants.

FILED BY ___PG___ D.C.

FEB 28 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Hon. Roy K. Altman, D.J., presiding

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
## APPLICATION FOR ENTRY OF DEFAULT

I, JONATHAN MULLANE, being duly sworn, upon oath depose and state as follows under the pains and penalties of perjury:

1. I am the Plaintiff in the above-captioned cause, and therefore have personal knowledge of the facts set forth herein.

2. On **August 16, 2021**, via certified mail, I personally served each of the Agency Defendants in this matter with a summons and copy of the complaint.[1]

3. In addition, I also served a summons and copy of the complaint via certified mail on: (1) the United States Attorney for the District of Columbia; and (2) the United States Attorney General, as required under Fed. R. Civ. P. 4(i)(1)(B) ("SERVING THE UNITED STATES AND ITS AGENCIES, CORPORATIONS, OFFICERS, OR EMPLOYEES").[2]

---

[1] USPS tracking nos. 7013 1710 0001 1077 7953 (Defendant SEC); and 7013 1710 0001 1077 7960 (Defendant DOJ).

[2] USPS tracking nos. 7013 1710 0001 1077 7977 (United States Attorney for the District of Columbia); and 7013 1710 0001 1077 7946 (United States Attorney General).

4. Proof of service is already part of the record in this proceeding. See generally D.E. 3.

5. Examination of the record in the instant matter shows that each Defendant was duly served with a summons and copy of the complaint, and that all procedural requirements vis-à-vis service of process for federal agency defendants have been fully complied with in this case.

6. As of the time of writing, more than **sixty (60) days** have already elapsed since service of the summons and complaint in the case *sub judice* on **August 16, 2021**.

7. Further, as of the time of writing, the docket sheet in this proceeding shows that both Defendants have failed to timely plead or otherwise defend as to Plaintiff's complaint.

8. In the United States District Court for the District of Columbia, *i.e.*, the transferor court, Defendants filed an unopposed motion for an enlargement of time. See D.E. 6 at 1 ¶ 2. In that unopposed motion, Defendants specifically requested the following relief:

> Pursuant to Federal Rule of Civil Procedure 6, the Federal Defendants also request that the Court stay the obligation to answer or otherwise respond to the Complaint until the later of *21 days* **after either (1) this action is docketed in the Southern District of Florida** or (2) the Court enters an order denying the motion to transfer.

Id.

9. The district court thereupon granted Defendants requested of enlargement of time on February 3, 2022. D.E. 15 ("*Defendants' Motion to Transfer and Extend the Deadline to Respond to the Complaint, ECF No. 6, is GRANTED.*").

10. Subsequent thereto, on **February 4, 2022**, this case was docketed in the United States District Court for the Southern District of Florida, and was assigned to a district judge that same day. See D.E. 16 ("Case transferred in from District of Columbia; Case Number 1:21-cv-02151. Electronic file including transfer order and docket sheet received."); see also D.E. 17.

11. As of the time of writing, more than twenty-one (21) days have already elapsed since February 4, 2022, *i.e.*, the date on which this case was docketed in the Southern District of Florida, and Defendants' requested enlargement of time was strictly limited to **twenty-one (21) days** only. See D.E. 6 at 1 ¶ 2.

12. No additional enlargements of time have been allowed by this Court (or by the transferor court); nor have Defendants filed any timely motion in this action seeking any *additional* deadline extensions.

13. Defendants are not minors or incompetent persons, and are not engaged in military service.

14. Plaintiff does not make this request for default lightly. Plaintiff is constitutionally entitled to a timely administration of justice, and to a timely resolution to this three-year-old litigation between the parties—litigation which unfortunately has been ongoing and unresolved since December 2018.[3]

SUBSCRIBED AND SWORN TO by the undersigned Affiant under the pains and penalties of perjury under the laws of the United States of America this 26th Day of February, 2022.

JONATHAN MULLANE

---

[3] Plaintiff also remains troubled by Defendants' motion to transfer this action from the District of Columbia to the Southern District of Florida—even after their counsel of record was personally notified of the recusals (and additional delays) which would foreseeably result. For instance, Defendants made the following misrepresentation to the court in their motion for transfer to the Southern District of Florida, *i.e.*, a motion which was opposed: "PLAINTIFF'S ASSERTION THAT TRANSFER TO THE SOUTHERN DISTRICT OF FLORIDA WOULD REQUIRE THE RECUSAL OF ALL JUDGES IN THAT DISTRICT IS INCORRECT." (Emphasis in original) D.E. 13 at 8. However, Plaintiff respectfully invites this Court to review the docket sheet in this case. As of the time of writing, already five (5) recusals have unnecessarily resulted as a result of Defendants' ongoing and unabated dilatory tactics in this three-year-old litigation between the parties. Indeed, but for the allowance of the requested entry of default, Plaintiff will continue to be irreparably harmed as a result of such prejudicial delays.

COMMONWEALTH OF MASSACHUSETTS,    ) ss.
COUNTY OF MIDDLESEX.              )

On this 26th day of February, 20 22, before me, the undersigned notary public, personally appeared  Jonathan Mullane  (name of Affiant), proved to me through satisfactory evidence of identification, which were Mass Driver's Lic , to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of (his)(her) knowledge and belief, and that no material facts have been omitted therefrom.



Notary Public: Ryan W. Mullane
My commission expires: April 18, 2025

## CERTIFICATE OF SERVICE

I, JONATHAN MULLANE, hereby certify that on February 26, 2022, I served a true copy of the foregoing filing via first-class mail, postage duly paid thereon, on Defendants' counsel of record and specifically addressed as follows:

> Paul Cirino, Esq.
> U.S. Department of Justice
> Environmental Defense Section
> P.O. Box 7611
> Washington, DC 20044
> Tel.: (202) 514-1542
> paul.cirino@usdoj.gov

DATED: February 26, 2022                    /s/ Jonathan Mullane
                                            JONATHAN MULLANE

4



