UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JONATHAN MULLANE

PLAINTIFF(S)

CASE NUMBER
1:22−cv−20371−RKA

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**United States Department of Justice**
**United States Securities and Exchange Commission**

as of course, on the date March 1, 2022.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Ahlai Israel*
Deputy Clerk

cc:  Judge Roy K. Altman
     United States Department of Justice
     Western District of Virginia
PO Box 1709

   Roanoke, VA
24008

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)