UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CV-20371

CLERK'S NOTICE OF FILING DEFICIENCY

The Clerk's Office has received the document(s) submitted in the above referenced case. The document(s) do not comply with the requirements of the Local Rules, CM/ECF Administrative Procedures, or the Federal Rules. The documents have been accepted for filing; however, please note the deficiencies noted below.

☐ Document(s) were filed conventionally that should have been filed electronically (CM/ECF Administrative Procedures).

☒ Document(s) missing required signature(s) (Fed.R.Civ.P. 11(a); Fed.R.Cr.P 49(d)).

☒ Translation not provided for documents written in foreign language (CM/ECF Administrative Procedures).

☐ Civil Cover Sheet not filed pursuant to Local Rule 3.3.

☐ Motion for Appearance Pro Hac Vice was not filed with the required fee of $_____ ($75.00 per attorney per case), pursuant to Special Rules Governing the Admission and Practice of Attorneys, Local Rule 4(b). Please submit the required fee.

☐ Case was not filed with required filing fee of $_____ (civil cases: $350.00; memo cases: $46.00; habeas cases: $5.00) pursuant to 28 U.S.C. § 1914 (a), and the CM/ECF Administrative Procedures. Summons(es) will not be issued until the filing fee is paid or an order granting the Application to Proceed In Forma Pauperis is entered.

Date: 3/4/22

Angela E. Noble
Court Administrator • Clerk of Court

By: _____
    Deputy Clerk

Revised January 2013