UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-20371-CIV-ALTMAN

JONATHAN MULLANE,

      Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE and U.S. SECURITIES AND EXCHANGE COMMISSION,

      Defendants.

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

Please take notice that the undersigned Assistant United States Attorney, on behalf of Defendants and acting under authority conferred by 28 U.S.C. § 515, hereby enters an appearance in substitution for Paul Cirino, Assistant United States Attorney for the District of Columbia, who hereby withdraws from this case and should be terminated from the docket. S.D. Fla. L.R. 11.1(d)(3)(B).

Dated: March 5, 2022

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

/s/ Lacy R. Harwell, Jr.
Lacy R. Harwell, Jr.
Assistant United States Attorney
Fla. Bar No. 714623
Special Bar No. A5502873

        400 W. Washington Street
        Suite 3100
        Orlando, FL 32801
        Telephone: 407-648-7500
        Facsimile: 407-648-7588
        Email: Randy.harwell@usdoj.gov

        Attorneys for Defendants
        Acting Under Authority Conferred by 28
        U.S.C. § 515

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 5, 2022, I caused the foregoing document to be sent by email and U.S. Mail to the following:

Jonathan Mullane
30 Donnell Street
Cambridge, MA 02138
j.mullane@icloud.com

        /s/  Lacy R. Harwell, Jr.
        Assistant United States Attorney