| | |
|---|---|
| **From:** | Sweeney, Sara (USAFLM) 1 |
| **To:** | Harwell, Randy (USAFLM) |
| **Cc:** | Handberg, Roger (USAFLM) |
| **Subject:** | FW: Formal Notice of Office-Wide Recusal |
| **Date:** | Thursday, February 24, 2022 4:20:21 PM |

Hi Randy,

I think they forgot to copy you. But here it is.

Sara

---

**From:** Mullins, Jeffrey J. (USAEO) <JMullins@usa.doj.gov>
**Sent:** Thursday, February 24, 2022 4:17 PM
**To:** Handberg, Roger (USAFLM) <RHandberg@usa.doj.gov>; Sweeney, Sara (USAFLM) 1 <SSweeney1@usa.doj.gov>; Gonzalez, Juan Antonio (USAFLS) <JGonzalez@usa.doj.gov>; Alvarez, Michelle (USAFLS) <MAlvarez@usa.doj.gov>
**Cc:** Weinsheimer, Bradley (ODAG) <Bradley.Weinsheimer@usdoj.gov>; Macklin, Jay (USAEO) <JMacklin@usa.doj.gov>; Shea, Carol (USAEO) <CShea@usa.doj.gov>; White, Neil (USAEO) <NWhite@usa.doj.gov>; Mosakowski, Robert (USAFLM) <RMosakowski@usa.doj.gov>
**Subject:** Formal Notice of Office-Wide Recusal

**MEMORANDUM FOR:**

    Roger Handberg
    United States Attorney
    Middle District of Florida

    Sara Sweeney
    First Assistant United States Attorney
    Middle District of Florida

    Juan A. Gonzalez
    United States Attorney
    Southern District of Florida

    Michelle Alvarez
    Executive Assistant United States Attorney
    Southern District of Florida

**THROUGH:**    Bradley Weinsheimer
    Associate Deputy Attorney General
    Office of the Deputy Attorney General

    Jay Macklin
    General Counsel
    Executive Office for United States Attorneys

**FROM:**    Jeffrey Mullins

        Assistant General Counsel
        General Counsel's Office
        Executive Office for United States Attorneys

**RE:**    Office-Wide Recusal of the Southern District of Florida from the Privacy Act lawsuit brought by a former USAO intern (GCO File No. REC-20-2487)

**THIS IS FORMAL NOTICE** that Bradley Weinsheimer, Associate Deputy Attorney General (ADAG), has approved the recusal of the entire United States Attorney's Office for the Southern District of Florida from the Privacy Act lawsuit brought by a former USAO intern. The ADAG authorized this recusal in accordance with Justice Manual 3-1.140 based upon existing conflicts of interest or the appearance of conflicts of interest pertaining to the matter.

The Deputy Attorney General, who is authorized to appoint Special Attorneys pursuant to 28 U.S.C. § 515 and 28 C.F.R. § 0.15, has delegated that authority to ADAG Weinsheimer. ADAG Weinsheimer has assigned this matter to the United States Attorney's Office for the Middle District of Florida and, pursuant to 28 U.S.C. § 515(a), has directed and authorized United States Attorney Roger Handberg or his successor to conduct any kind of legal proceeding, civil or criminal, including grand jury proceedings and proceedings before magistrate judges, which the United States Attorney for the Southern District of Florida is authorized by law to conduct regarding this matter.

Each office should communicate directly with the other concerning transfer of information related to this matter. The point of contact for the Southern District of Florida is Civil Chief Dexter Lee, who can be reached at (305) 961-9320, and the point of contact for the Middle District of Florida is Civil Chief Randy Harwell, who can be reached at (813) 301-3008.

All Assistant United States Attorneys subsequently assigned to this matter must be appointed as Special Attorneys in order to appear on behalf of the government in the Southern District of Florida. Please contact Jewel Campos, EOUSA Personnel Staff, Operations Division, at (202) 252-5355, to obtain the appointment.

Any Special Attorney assigned the matter or case should sign any pleadings or documents using the signature block of the Middle District of Florida, with the addition of the words "Acting Under Authority Conferred by 28 U.S.C. § 515" under the Special Attorney's name.

In the event that the Middle District of Florida wants to use AUSAs from the Southern District of Florida to assist it in this matter, it must submit a request to General Counsel's Office, EOUSA, that includes (1) a detailed justification of the need for the use of an AUSA, and (2) a detailed statement of the role the AUSA would play. The ADAG retains the authority to approve / disapprove any such request.