# EXHIBIT 1

2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)



**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*
_____
**Main Office**
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Reply to: **Orlando, FL**                                                                                                                                           RS

3/3/2022

Via email and Certified Mail

Jonathan Mullane
30 Donnell Street
Cambridge, MA 02138
j.mullane@icloud.com

      *Re: Mullane v. DOJ, et al., No. 22-20371-CIV-ALTMAN (S.D. Fla.)*

Dear Mr. Mullane,

The undersigned represents the defendants in the above-referenced litigation. Upon review of the docket, it has come to our attention that you sought and obtained a clerk's default on March 1. (Dkts. 26, 27, 29).

Your motion was filed without conferring with counsel for defendants, in violation of the Local Rules, and contended that defendants' deadline for responding to the complaint had run. However, the transferor court (the U.S. District Court for the District of Columbia) terminated all remaining deadlines in this case, which would include the response deadline that you asked to enforce. (Dkt. 15).

For these reasons, defendants intend to move to vacate or set aside the clerk's default. Courts strongly disfavor defaults and routinely set them aside upon a "bare minimum showing" and based on the strong public policy of deciding cases on their merits. *Access 4 All Inc. v. 300 Bldg. Condo. Ass'n*, No. 21-23594-CIV, 2022 WL 378237, at *1 (S.D. Fla. Jan. 2, 2022).

Accordingly, pursuant to Local Rule 7.1(a)(3), please confirm whether you object to defendants' request to have the clerk's default set aside. If you believe that further conferral will assist in resolving this motion, then please contact the undersigned at 407-648-7500.

Furthermore, in light of this correspondence, any further motion filed by you under Federal Rule of Civil Procedure 55(b) would be improper.

Robert D. Sowell
March 2, 2022
Page 2

                                              Sincerely,

                                              ROGER B. HANDBERG
                                              United States Attorney

                            By:    s/ Robert D. Sowell
                                      Robert D. Sowell
                                      Assistant United States Attorney