**EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20371-CIV-GAYLES

JONATHAN MULLANE,

        Plaintiff,

Vs.

UNITED STATES DEPARTMENT
OF JUSTICE, AND UNITED STATES
SECURITIES AND EXCHANGE
COMMISSION,

        Defendants.
_____/

## DECLARATION OF DEXTER A. LEE

Dexter A. Lee, declares as follows:

1. I am the Chief of the Civil Division, United States Attorney's Office (USAO), Southern District of Florida. On the morning of Friday, February 4, 2022, I received an email from the U.S. Attorney's Office, District of Columbia, that the district court in Mullane v. U.S. Department of Justice and U.S. Securities and Exchange Commission, Case No. 21-02151-CIV-RBW (D.D.C.), entered an Order transferring the case to the Southern District of Florida. During the afternoon of February 4, 2022, I received another email from the USAO, District of Columbia, advising that the case had arrived in the Southern District of Florida, and was assigned Case No. 1:22-CV-20371-DPG.

2. After receiving the first email from the USAO, District of Columbia, on February 4, 2022, I emailed the General Counsel's Office, Executive Office for United States Attorneys, seeking their opinion on whether the USAO, Southern District of Florida, should be recused from the case. In the complaint, plaintiff Mullane alleges that various employees of the USAO,

Southern District of Florida, made improper disclosures of Mullane's Privacy Act protected records to unauthorized individuals. I queried whether a reasonable person might question the impartiality of the USAO, Southern District of Florida, in defending Mullane's Privacy Act complaint, since Mullane claims employees in the same Office had violated the Privacy Act. EOUSA General Counsel instructed me to prepare a detailed written request for an opinion.

3. On February 10, 2022, I emailed the USAO, District of Columbia, and asked whether defendants had filed an answer in Mullane's Privacy Act case. In response, I was told that Mullane agreed that the defendants' answer would be due on the later of the original answer date, or 21 days after the date the case was docketed in the transferee district. I was also told that, "[h]owever, the Court vacated all deadlines when it transferred the case, so there are no deadlines in the case at this time."

4. On February 14, 2022, I prepared a detailed email for the EOUSA General Counsel's Office, asking for their opinion on whether the USAO, Southern District of Florida, should be recused from the instant case. Recusals of a United States Attorney's Office must be approved by the Associate Deputy Attorney General, U.S. Department of Justice, in Washington, D.C.

5. On February 24, 2022, I received a telephone call from the EOUSA General Counsel's Office, advising that the Associate Deputy Attorney General had approved the recusal of the USAO, Southern District of Florida, from the defense of Mullane's Privacy Act case. I was further advised that defense of the case would be handled by the USAO, Middle District of

Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 2, 2022.

_____
DEXTER A. LEE
Chief, Civil Division
U.S. Attorney's Office
Southern District of Florida
Miami, Florida

Digitally signed by DEXTER LEE
Date: 2022.03.02 16:53:17 -05'00'